# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BARBARA L. YODER AND JOSEPH I. YODER, WIFE AND HUSBAND, INDIVIDUALLY, AND AS TRUSTEES OF THE YODER FAMILY TRUST NO. 2 AND HARDWOOD MILL TRUST | : | No. 16 WM 2018 |
| | : | |
| v. | : | |
| | : | |
| SUGAR GROVE AREA SEWER AUTHORITY | : | |
| | : | |
| PETITION OF: BARBARA L. YODER AND JOSEPH I. YODER, WIFE AND HUSBAND, INDIVIDUALLY, AND AS TRUSTEES OF THE YODER FAMILY TRUST NO. 2 AND HARDWOOD MILL TRUST | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.